IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLOS LLUBERES-BENETIZ,           : | |
| Petitioner,   : | |
| :   | CIVIL ACTION |
| vs.                              : | N0. 09-CV-941 |
| : | |
| : | |
| DEPARTMENT OF HOMELAND SECURITY  : | |
| SECURITY, et al.,                : | |
| Respondents.  : | |

**O R D E R**

AND NOW, this 30th day of April, 2009, upon consideration of the Magistrate Judge's Report and Recommendation (Doc. No. 6), to which no objections have been filed, it is

**ORDERED as follows:**

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for a Writ of Habeas Corpus is **DENIED**; and

3. There is no basis for issuing a certificate of appealability.

The Clerk of Court shall close this case for statistical purposes.

AND IT IS SO ORDERED.

*s/ Paul S. Diamond*

_____

**PAUL S. DIAMOND,  J.**